IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFF POFF,

                Plaintiff,                ORDER

v.

                                22-cv-238-wmc

LIEUTENANT FISHER, et al.

                Defendants.

---

Plaintiff Jeff Poff alleges that Lieutenant Fisher used excessive force against him on July 14, 2020, and that several other correctional officers and a nurse refused to intervene. (Dkt. 7.) Poff has filed a motion to compel defendants to respond to his discovery requests, and says that he has sent a letter to defense counsel without response. (Dkt. 34.) But Poff filed his discovery requests as motions with the court on October 19, 2022. (Dkt. 23, 24, 25.) The court has already explained to Poff that he needs to send those discovery requests to defense counsel directly, not file them with the court. (Dkt 26, 33.) Defendants then will have 30 days to respond. *See* Fed. R. Civ. P. 33, 34, 36. For now, I will deny the motion without prejudice. This means that later, if necessary, Poff can again ask for court intervention if defendants fail to timely or adequately respond to properly propounded discovery requests and the parties are unable to resolve the problem amongst themselves.

ORDER

It is ORDERED that plaintiff Jeff Poff's motion to compel (dkt. 34) is DENIED without prejudice.

Entered this 22nd day of November, 2022.

BY THE COURT:

/s/

_____

STEPHEN L. CROCKER
Magistrate Judge