IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFF POFF,

                                    Plaintiff,                                    ORDER
        v.
                                                                              22-cv-238-wmc
LIEUTENANT FISHER, et al.

                                    Defendants.

Plaintiff Jeff Poff alleges that Lieutenant Fisher used excessive force against him on July 14, 2020, and that several other correctional officers and a nurse refused to intervene.  (Dkt. 7.)  Poff has filed a motion to compel defendants to respond to his discovery requests, and says that he has sent a letter to defense counsel without response.  (Dkt. 40.)  But Poff filed his discovery requests as motions with the court on October 19, 2022.  (Dkt. 23, 24, 25.)  The court already has explained to Poff that he needs to send those discovery requests to defense counsel *directly*.  He is *not* to file them with the court.  (Dkt 26, 33.)

Defendants will then have 30 days to respond after they receive Poff's discovery demands. *See* Fed. R. Civ. P. 33, 34, 36.  For now, I will deny the motion without prejudice.  This means that Poff can again ask for court intervention if defendants fail to timely or adequately respond to properly propounded discovery requests and the parties are unable to resolve the problem amongst themselves.

### ORDER

It is ORDERED that plaintiff Jeff Poff's motion to compel (dkt. 40) is DENIED without prejudice.

Entered this 26th day of January, 2023.

                                    BY THE COURT:

                                    /s/

                                    _____
                                    STEPHEN L. CROCKER
                                    Magistrate Judge